# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

IN RE: ) CASE NO: 11-49261-399
LARRY R FOUTES ) Chapter 13
EDNA O FOUTES )
) Re: Objection to Claim 2 filed by
) HNB NATIONAL BANK
) Acct: 4541/40881
) Amount: $11,223.15
**Debtors** ) Response Due: December 07, 2011
)

## TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 2

COMES NOW John V. Labarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of HNB NATIONAL BANK dated October 27, 2011, SHOULD BE DENIED AS FILED BECAUSE THERE IS NO EVIDENCE OF SECURITY AGREEMENT. THE CLAIM WAS NOT ACCOMPANIED BY THE RECORDED DEED OF TRUST.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: November 16, 2011 /s/ John V. Labarge, Jr.
John V. Labarge, Jr.
OBJCLM--JS Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100 Fax: (314) 781-8881
trust33@ch13stl.com

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of November 16, 2011.

                                              /s/ John V. Labarge, Jr.

LARRY R FOUTES  
EDNA O FOUTES  
205 E 2ND ST  
NEW LONDON, MO 63459

HNB NATIONAL BANK  
PO BOX 378  
PERRY, MO 63462

LAW OFFICES OF PAUL & KIER PC  
8917 GRAVOIS RD  
ST LOUIS, MO 63123